UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| VITO J. PERRONE,<br><br>       Plaintiff,<br><br>v.<br><br>CITY OF EASTHAMPTON; CITY OF EASTHAMPTON SCHOOL COMMITTEE; NICOLE LACHAPELLE, Individually, and in their Official Capacity as the Mayor of the City of Easthampton and a Member of the City of Easthampton School Committee; CYNTHIA KWIECINSKI, Individually, and in her Official Capacity as the Chairperson and a Member of the City of Easthampton School Committee; MEGAN HARVEY, Individually, and in her Official Capacity as the Secretary and a Member of the City of Easthampton School Committee; BENJAMIN HERSEY, Individually, and in his Official Capacity as a Member of the City of Easthampton School Committee; and MARIN GOLDSTEIN, Individually, and in his Official Capacity as a Member of the City of Easthampton School Committee,<br><br>       Defendants. | Civil Action No.: 3:24-CV-30132-MGM |

**PLAINTIFF'S ASSENTED-TO MOTION FOR EXTENSION OF TIME TO
FILE OPPOSITION TO DEFENDANTS' MOTION TO DISMISS**

Plaintiff, Vito J. Perrone, by and through his undersigned counsel, respectfully moves this Honorable Court for an extension of time to file his Opposition to Defendants' Motion to Dismiss Complaint, and in support thereof, states as follows:

On January 2, 2025, Defendants in the above-captioned matter filed their Motion to Dismiss Plaintiff's Complaint. Pursuant to Local Rule 7.1, Plaintiff's Opposition to Defendant's Motion to Dismiss is currently due on or before January 16, 2025. Defendants' Memorandum in Support of their Motion to Dismiss spans 35 pages and addresses highly

technical and complex legal and factual issues that require significant analysis. Plaintiff's counsel needs additional time to thoroughly review and research the arguments presented in Defendants' Motion to draft a comprehensive and well-supported Opposition. Plaintiff therefore requests an extension to file his Opposition to Defendant's Motion to Dismiss, up to and including, February 28, 2025.

Plaintiff's counsel conferred with Defendants' counsel via email on January 8, 2025, and Defendants have assented to Plaintiff's requested extension. The requested extension is not sought for purposes of delay and will not prejudice any Party or unduly delay the resolution of this matter.

WHEREFORE, Plaintiff respectfully requests that this Court grant this Motion and enter an order extending the deadline for Plaintiff to file his Opposition to Defendants' Motion to Dismiss up to and including February 28, 2025.

Dated: January 9, 2025

WITH ASSENT,
THE DEFENDANTS,
CITY OF EASTHAMPTON, et al.
By their Attorney,

 /s/ Jeffrey J. Trapani
Jeffrey J. Trapani (BBO # 661094)
Pierce Davis & Perritano LLP
10 Post Office Square, Suite 1100N
Boston, MA 02109
(617) 350-0950
jtrapani@piercedavis.com

Respectfully submitted,

THE PLAINTIFF,
VITO J. PERRONE,
By his Attorneys,

 /s/ Raymond Dinsmore
Raymond Dismore, Esq. (BBO # 667349)
Richard E. Hayber, Esq. (BBO # 569131)
Ryan B. Guers, Esq. (BBO # 713870)
Hayber, McKenna & Dinsmore, LLC
One Monarch Plance, Suite 1340
Springfield, MA 01144
Phone: (413) 785-1400
Fax: (860) 218-9555
Email: rdinsmore@hayberlawfirm.com
          rhayber@hayberlawfirm.com
          rguers@hayberlawfirm.com

James B. Winston, Esq. (BBO # 650200)
James B. Winston Law Office
142 Main Street, Suite 1
Northampton, MA 01060
Phone: (413) 584-1110
Fax: (413) 584-1140
Email: james@jameswinstonlaw.com

**CERTIFICATE OF SERVICE**

     I, Raymond Dinsmore, Esq., hereby certify that this document, filed through the CMECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing on January 9, 2025, and to any unregistered participants via email.

Dated: January 9, 2025                           */s/ Raymond Dinsmore, Esq.*
                                                              Raymond Dinsmore, Esq.