UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| VITO J. PERRONE,<br>　　　*Plaintiff*,<br><br>v.<br><br>CITY OF EASTHAMPTON; CITY OF EASTHAMPTON SCHOOL COMMITTEE; NICOLE LACHAPELLE, Individually, and in their Official Capacity as the Mayor of the City of Easthampton and a Member of the City of Easthampton School Committee; CYNTHIA KWIECINSKI, Individually, and in her Official Capacity as the Chairperson and a Member of the City of Easthampton School Committee; MEGAN HARVEY, Individually, and in her Official Capacity as the Secretary and a Member of the City of Easthampton School Committee; BENJAMIN HERSEY, Individually, and in his Official Capacity as a Member of the City of Easthampton School Committee; and MARIN GOLDSTEIN, Individually, and in his Official Capacity as a Member of the City of Easthampton School Committee,<br>　　　*Defendants*. | Civil Action No.: 3:24-cv-30132-MGM |

## STIPULATION OF PARTIAL DISMISSAL

The parties to the above-captioned action, pursuant to the provisions of Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate that following claims from the Complaint be dismissed, *without prejudice*, each party to bear their own costs, fees and attorney's fees, as to the following claims:

　　Count I　　　Breach of Contract *against the City of Eastampton only*;

　　Count II　　　Breach of the Covenant of Good Faith and Fair Dealing *against the City of Easthampton only*; and

　　Count XIV　　Defamation *in its entirety against each of the individual defendants*, Nichole LaChapelle, Cynthia Kwiecinski, Megan Harvey, Benjamin Hersey and Marin Goldstein, in their individual and official capacities.

This dismissal does not affect the plaintiff's remaining claims.

Dated: March 18, 2025

The Defendants,
CITY OF EASTHAMPTON, CITY OF EASTHAMPTON SCHOOL COMMITTEE, NICOLE LACHAPELLE, CYNTHIA KWIECINSKI, MEGAN HARVEY, BENJAMIN HARVEY, MARIN GOLDSTEIN,
By their Attorney,

 */s/ Jeffrey J. Trapani*
Jeffrey J. Trapani (BBO # 661094)
**PIERCE DAVIS & PERRITANO LLP**
10 Post Office Square, Suite 1100N
Boston, MA 02109
(617) 350-0950
jtrapani@piercedavis.com

Respectfully submitted,

The Plaintiff,
VITO J. PERRONE,
By his Attorneys,

 */s/ Raymond Dinsmore*
Raymond Dismore, Esq. (BBO # 667349)
Richard E. Hayber, Esq. (BBO # 569131)
Ryan B. Guers, Esq. (BBO # 713870)
Hayber, McKenna & Dinsmore, LLC
One Monarch Plance, Suite 1340
Springfield, MA 01144
Phone: (413) 785-1400
Fax: (860) 218-9555
Email: rdinsmore@hayberlawfirm.com
rhayber@hayberlawfirm.com
rguers@hayberlawfirm.com

 */s/ James B. Winston*
James B. Winston, Esq. (BBO # 650200)
James B. Winston Law Office
142 Main Street, Suite 1
Northampton, MA 01060
Phone: (413) 584-1110
Fax: (413) 584-1140
Email: james@jameswinstonlaw.com

3

**<u>CERTIFICATE OF SERVICE</u>**

      I, Raymond Dinsmore, Esq., hereby certify that this document, filed on March 18, 2025 through the CMECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing this date, and to any unregistered participants via email.

Dated: March 18, 2025                                        <u>*/s/ Raymond Dinsmore*</u>
                                                                     Raymond Dinsmore, Esq.