UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**CLERK'S CERTIFICATE AND APPEALS COVER SHEET**

**ABBREVIATED ELECTRONIC RECORD**

Case Caption: Perrone v. City of Easthampton, Massachusetts et al

District Court Number: 3:24cv30132-MGM

Fee: Paid? Yes _X_ No ____ Government filer ____ *In Forma Pauperis* Yes ____ No ____

Motions Pending  Yes ____ No _X_   Sealed documents  Yes ____ No _X_
If yes, document # ____           If yes, document # ____

*Ex parte* documents  Yes ____ No _X_   Transcripts  Yes ____ No _X_
If yes, document # ____                If yes, document # ____

Notice of Appeal filed by: Plaintiff/Petitioner _X_   Defendant/Respondent ____   Other: ____

Appeal from:

#26 Memorandum and Order, #27 Order of Dismissal

Other information:

I, Robert M. Farrell, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed electronic documents:

#26, #27, and #28

with the electronic docket sheet, constitute the abbreviated record on appeal in the above entitled case for the Notice of Appeal # _28_ filed on _August 11, 2025_.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on _August 11, 2025_.

**ROBERT M. FARRELL**
Clerk of Court

/s/Matthew A. Paine
Deputy Clerk

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

**PLEASE RETURN TO THE USDC CLERK'S OFFICE**